UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ASHLEY WHITE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 3:12CV341 (MRK) |
| v. | : | |
| | : | |
| | : | |
| YOGESH PATEL, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

A notice of proposed dismissal [10] of the above-captioned action having been sent to counsel of record on May 23, 2012, pursuant to this Court's Local Rule 41(a) and; no action having been taken by counsel subsequent to such notice and no satisfactory explanation there for having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

SO ORDERED.

Dated at New Haven, Connecticut, this 4th day of June, 2012.

ROBIN D. TABORA, Clerk

 /s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

E.O.D. :     6/4/2012